IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIRIAM WINKLER,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO.  12-6250 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA – DEPARTMENT** | : | |
| **OF AGRICULTURE, et al.,** | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this   16th   day of January, 2014, upon consideration of the defendants' motion to dismiss (Document #2), and the plaintiff's response thereto (Document #4), IT IS HEREBY ORDERED that the motion is GRANTED.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.